Erika Bailey Drake (SBN 248034)
edrake@drakeanddrake.com
Roger D. Drake (SBN 237834)
rdrake@drakeanddrake.com
23679 Calabasas Road, Suite 403
Calabasas, California 91302
Telephone: 818.438.1332
Facsimile: 818.854.6899
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE STOLTENBERG, | ) |
|     Plaintiff, | ) CASE NO.: 2:15-cv-01152 PLA <br> ) <br> ) |
| v. | ) <br> ) ORDER |
| CAROLYN W. COLVIN, Acting, Commissioner of Social Security, | ) AWARDING EAJA FEES <br> ) <br> ) |
|     Defendant. | ) <br> ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND SIXH HUNDRED DOLLARS AND 00/100 ($2,600.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: June 9, 2016

_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE